IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL J. MASTERSON,**<br><br>Plaintiff,<br><br>v.<br><br>**ROSANNE CAMPBELL, et al,**<br><br>Defendants. | No. CIV S-05-0192 DFL DAD P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendants' first request for an extension of time to file and serve their response to Plaintiff's complaint was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants have to and including November 2, 2006, within which to file a response to Plaintiff's complaint.

DATED: September 26, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mast0192.eot