IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. MASTERSON,

    Plaintiff,	No. CIV S-05-0192 DFL DAD P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.	ORDER

_____/

    Plaintiff has requested an extension of time to January 15, 2007, in which to file and serve opposition to the motion to dismiss filed by defendants on November 2, 2006. Good cause appearing, IT IS ORDERED that:

    1. Plaintiff's December 8, 2006 request for extension of time is granted; and

    2. Plaintiff shall file and serve his opposition to defendants' motion to dismiss on or before January 15, 2007; defendants' reply shall be filed in accordance with Local Rule 78-230(m).

DATED: December 14, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
mast0192.36