IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL J. MASTERSON,** | 2:05-cv-0192 JAM DAD P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION O F TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Defendants. | |

Defendants have filed a request for an extension of time to file and serve their response to Plaintiff's Interrogatories, Set One. Good cause appearing, IT IS HEREBY ORDERED that Defendants Robinson, Rendon, Allen, Purviance, Hansen, Williams, Kile-Martinez, Baker, Medina, Clendenin, Barham, Kaphan, Reyes, Johnson, Mussen, and White are granted an extension of time to and including July 24, 2008, in which to respond to Plaintiff's First Set of Interrogatories served on May 20, 2008.

DATED: July 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mast0192.36disc