IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL J. MASTERSON, | 2:05-cv-0192 JAM DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| ROSANNE CAMPBELL, et al., | |
| Defendants. | |

A further request for extension of time to file and serve a response to Plaintiff's Interrogatories, Set One, has been filed on behalf of Defendant Baker. Good cause appearing, IT IS HEREBY ORDERED that Defendant Baker is granted an extension of time to and including August 25, 2008, in which to respond to Plaintiff's First Set of Interrogatories served on May 20, 2008.

DATED: July 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mast0192.36disc(2)