IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL J. MASTERSON,** | 2:05-cv-0192 JAM DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **ROSEANNE CAMPBELL, et al.,** | |
| Defendants. | |

Defendants' first request for an extension of time to respond to Plaintiff's Request for Admissions, Set One, and Plaintiff's Request for Production of Documents, Set One, was considered by this Court. Good cause appearing, IT IS HEREBY ORDERED that Defendants Robinson, Rendon, Allen, Purviance, Hansen, Williams, Kile-Martinez, Baker, Medina, Clendenin, Barham, Sosa, Kaphan, Hill, Reyes, Johnson, Mussen, and White have an extension of time to and including August 25, 2008, in which to respond to Plaintiff's Request for Admissions, Set One, and Request for Production of Documents, Set One, served on June 12, 2008.

DATED: July 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mast0192.disc(4)