IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DANIEL J. MASTERSON,** | 2:05-cv-0192 JAM DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Defendants. | |

A further request for extension of time to file and serve a response to Plaintiff's Interrogatories, Set One, has been filed on behalf of Defendant Rendon.  Good cause appearing, IT IS HEREBY ORDERED that Defendant Rendon is granted an extension of time to and including August 15, 2008, in which to respond to Plaintiff's First Set of Interrogatories served on May 20, 2008.

DATED: July 25, 2008.

/mast0192.36disc(3)

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1