IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL J. MASTERSON, | 2:05-cv-0192 JAM DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| ROSANNE CAMPBELL, et al., | |
| Defendants. | |

Defendant Baker's further request for an extension of time to respond to Plaintiff's Interrogatories, Requests for Admissions, Set One, and Requests for Production of Documents, Set One, was considered by this Court. Good cause appearing, IT IS ORDERED that Defendant Baker have an extension of time to and including September 24, 2008, in which to respond to Plaintiff's Interrogatories, Set One, served on May 20, 2008, and Plaintiff's Request for Admissions, Set One, and Request for Production of Documents, Set One, served on June 12, 2008.

DATED: August 27, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
mast0192.eot61