IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. MASTERSON,

    Plaintiff,                    No. CIV S-05-0192-JAM-DAD P

    vs.

ROSANNE CAMPBELL, et al.,

    Defendants.              ORDER

_____/

        Defendant Baker has filed an extension of time to file and serve a response to plaintiff's Interrogatories, Set One, Request for Admissions, Set One, and Requests for Production of Documents, Set One.  Good cause appearing, IT IS HEREBY ORDERED that defendant Baker is granted an extension of time to and including October 24, 2008, in which to respond to plaintiff's Interrogatories, Set One, plaintiff's Request for Admissions, Set One, and plaintiff's Request for Production of Document, Set One.

DATED: September 25, 2008.

*[Signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mast0192.36disc(4)