IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON,** | CASE NO.: 2:05-cv-0192 JAM DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Defendants. | |

Defendant Hill has requested an extension of time to respond to plaintiff Masterson's third set of requests for admission. Good cause appearing, IT IS HEREBY ORDERED that defendant Hill's request is granted. Defendant Hill has until March 9, 2009, to respond to plaintiff Masterson's third set of requests for admission.

DATED: March 3, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mast0192.36rfa