IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL J. MASTERSON,

        Plaintiff,                    No. CIV S-05-0192 RRB DAD P

    vs.

ROSANNE CAMPBELL, et al.,

        Defendants.             <u>ORDER</u>

        Plaintiff has requested an extension of time to file a status report pursuant to the court's order of February 13, 2009. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 2, 2009, request for an extension of time (Doc. No. 82) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a status report.

DATED: March 10, 2009.

                                        /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
mast0192.36sr