UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MASTERSON,<br><br>             Plaintiff,<br><br>v.<br><br>ROSANNE CAMPBELL, et al.,<br><br>             Defendants. | Case No. 2:05-cv-00192-AK<br><br>ORDER |

Plaintiff's unopposed request for a 30-day extension of time to respond to defendant Baker's motion to dismiss is granted. Plaintiff may respond to this motion within 30 days of the filing of this order.

Defendants' second request for a 30-day extension of time to file a motion for summary judgment is granted. Defendants have until December 23, 2009 to file a motion for summary judgment.

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

November 24, 2009