UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MASTERSON,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROSANNE CAMPBELL, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:05-cv-00192-AK<br><br>ORDER |

　　　Masterson's request for clarification is granted.

　　　Masterson's motion to compel (docket entry 122) is denied. Masterson's requests are vague and premature. Moreover, without waiving their objections to the requests, defendants responded to several of them. Masterson's motion for reconsideration (docket entry 125) is also denied. The magistrate judge properly rejected the eight motions at issue.

　　　Masterson's motion to compel viewing of video recordings (see docket 129) is denied as moot. Since Masterson's motion, defendants say that original copies of the tapes have been made available to Masterson.

　　　Masterson's request for an extension of time to respond to Baker's motion to

dismiss (docket 136) has already been granted by order on November 24. Masterson's motion for denial or continuance of summary judgment (docket 135) has not yet been ruled on. The court will rule on this motion soon.

Masterson also requests clarification of the deadlines in the April 30, 2009 scheduling order. Pursuant to that order, discovery ended on August 28, 2009. Any pretrial motions were due by October 23, 2009, although several motions have been filed after that date pursuant to extensions. What remains to be filed are Masterson's responses to defendants' motions for summary judgment and Baker's motion to dismiss. Because of the confusion over deadlines, Masterson may respond to these motions within 30 days of the filing of this order.

Masterson's pretrial statement and any motions necessary to obtain attendance of witnesses are currently due by January 22, 2010, and defendants' pretrial statements are currently due by February 5, 2010. Masterson may file a motion for an extension of these deadlines. Trial is currently scheduled for June 1, 2010.

Masterson finally says that he only received a Notice of Electronic Filing for this court's November 24, 2009 order. I apologize for any error in the service of this motion. The clerk shall send Masterson a paper copy of the November 24 order and of all future orders.

_____
ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

January 11, 2010