UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. MASTERSON,<br><br>              Plaintiff,<br><br>    v.<br><br>ROSANNE CAMPBELL, et al.,<br><br>              Defendants. | Case No. 2:05-cv-00192-AK<br><br>ORDER |

Masterson's requests for denial or continuance of summary judgment (docket entries 135 and 148) are denied. Masterson has had ample time to conduct discovery.

Masterson's request for an extension of time to file a pretrial statement (docket entry 147) is granted. Masterson shall file his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial by March 26, 2010. Defendants shall file their pretrial statements by April 9, 2010. The February 12, 2010, pretrial conference is vacated; a new conference date will be scheduled when we are closer to trial.

ALEX KOZINSKI
Chief Circuit Judge
Sitting by designation

January 15, 2010