UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON**, <br><br> Plaintiff, <br><br> v. <br><br><br> **ROSANNE CAMPBELL, et al.**, <br><br> Defendants. | Case No. 2:05-cv-00192-AK <br><br><br> **ORDER** |

Defendants' motion to modify the scheduling order (docket entry 185) is granted. The pretrial deadlines and the trial date are hereby vacated. A revised schedule will be set once the motions to dismiss and for summary judgment are resolved.

Masterson's motions to produce incarcerated witnesses (docket entry 192) are therefore denied as premature. Masterson may renew these motions once a new trial date is set.

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation

April 29, 2010