## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON**, <br><br> Plaintiff, <br><br> v. <br><br> **ROSANNE CAMPBELL et al.**, <br><br> Defendants. | No. 2:05-cv-00192-AK <br><br> **ORDER** |

     Masterson's request for paper copies of docket entries 218 and 219 is **GRANTED**. The clerk shall promptly send them to him, along with a paper copy of this and any future order. Masterson's request that I extend the deadline for filing a motion for reconsideration is also **GRANTED**. He shall file the motion no later than February 3, 2011.

January 5, 2011

_____
**ALEX KOZINSKI**

Chief Circuit Judge
Sitting by designation