UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON**, <br><br> Plaintiff, <br><br> v. <br><br> **ROSANNE CAMPBELL et al.**, <br><br> Defendants. | No. 2:05-cv-00192-AK <br><br> **ORDER** |

Masterson moved to compel defendants to produce original, unedited copies of video recordings taken on October 20, 2005 and December 6, 2005.  The state allowed him to review the two original tapes on March 26, 2010.  But Masterson maintains that six minutes of video were cut from the first tape, and sections of audio were missing from the other.  He claims that these segments contained evidence proving that prison officials unlawfully retaliated against him.

Deputy Attorney General Grant Lien, or a responsible person under his supervision, shall review the original recordings.  He shall then represent to the court whether there is a jump in video or missing audio on either tape.  If there is, he must investigate and explain the most likely cause of each occurrence.  These representations must be made, under penalty of perjury, no later than February 4,

2011.  I will not rule on Masterson's timely motion for reconsideration until this issue is resolved.

January 25, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation