UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON**, <br><br> Plaintiff, <br><br> v. <br><br> **ROSANNE CAMPBELL et al.**, <br><br> Defendants. | No. 2:05-cv-00192-AK <br><br> **ORDER** |

     Defendant Baker prevailed at summary judgment and submitted a bill of costs (docket entry 220). He is entitled to $246.05 for the cost of ordering Masterson's deposition transcript. See Alflex Corp. v. Underwriters Labs., Inc., 914 F.2d 175, 177 (9th Cir. 1990) (per curiam). But he can't recover the $10 charge for shipping and handling. See Secalt S.A. v. Wuxi Shenxi Constr. Mach. Co., No. 2:08-cv-336 JCM (GWF), 2010 WL 5387576, at *1 (D. Nev. Dec. 21, 2010).

     Baker failed to adequately explain the remaining charges. This includes a vague $25 charge for ordering a "litigation package," as well as his request for $239.60 in printing expenses. The lengthy receipt Baker submitted includes numerous entries for copies made in other cases, without indicating the charge per copy or total costs incurred in this case alone.

The bill of costs is granted in part.  I award Baker $246.05.  If he believes that the unexplained charges are allowable, he may file a supplemental memorandum with supporting documentation no later than February 15, 2011.  Otherwise, the bill of costs is denied as to those expenses.

February 9, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation