## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL J. MASTERSON**, <br><br> Plaintiff, <br><br> v. <br><br> **ROSANNE CAMPBELL et al.**, <br><br> Defendants. | No. 2:05-cv-00192-AK <br><br> **ORDER** |

Masterson's request for a paper copy of docket entry 229 is granted. The clerk shall promptly send it to him, along with a copy of this order. Because I've already ruled on Masterson's motion to compel and motion for reconsideration, his request for additional time to respond to defendants' oppositions is denied.

Masterson continues to insist that defendants erased parts of two videos containing evidence that they retaliated against him in 2005. See docket entry 236. But a government analyst who examined the tapes concluded that they had not been edited. Nor does Masterson's complaint allege any retaliation in 2005. Further review of the tapes therefore would have no bearing on my decision resolving Masterson's claims in favor of defendants.

March 1, 2011

_____
**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation